CENTURY INDEMNITY COMPANY, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ANNA STEPHAN, Respondent, v. CHARLES W. DURYEA, INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the June term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

MARGUERITE J. WALSH, as Administratrix, etc., of MICHAEL J. WALSH, Deceased, Respondent, v. GUSTAV H. LUITHLE and PAUL F. LUITHLE, Appellants.— Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

WOODWAY CONSTRUCTION CORPORATION and JOSEPH LEWIS, Appellants, v. WILLIAM HARMAN and PAUL WICKSMAN, Respondents.— Motion for stay granted to the extent of restraining defendant Wicksman from taking any action toward the collection or enforcement of the judgment by execution, or from assigning or otherwise disposing of said judgment. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

DOMENICK YODICE, Respondent, v. AMERICAN EXPORT LINES, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

DOMENICK YODICE, Respondent, v. AMERICAN EXPORT LINES, Appellant.— Motion granted and stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ARCHITECTURAL CAST STONE CO., INC., Respondent, v. THE CITY OF NEW YORK and VITROLITE COMPANY, Defendants. ANTHONY S. D'ONOFRIO, Respondent; HARRY KLEIN and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellants.— Judgment unanimously affirmed, with costs to respondent D'Onofrio. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

H. BATTERMAN CO., INC., Appellant, v. IDA FOX LANDAY, Respondent, and Others, Defendants.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. In our opinion, the facts presented in this record make out a case for an injunction *pendente lite* authorized by section 1193 of the Civil Practice Act. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

M. A. BLATE, INC., Stockholder in BLATE & HOROWITZ, INC., on Behalf of Itself and Other Stockholders, and on Behalf of Said BLATE & HOROWITZ, INC., Respondent, v. MORRIS R. HOROVITZ, Appellant, and BLATE & HOROWITZ, INC., Defendant.— Order striking out defense in amended answer of defendant Morris R. Horovitz affirmed, with ten dollars costs and disbursements, with leave to said defendant to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

BOSS PAINTERS ASSOCIATION OF BROOKLYN AND LONG ISLAND, a Membership Corporation, Respondent, v. ABRASHER AZLANT, as President of Local Union No. 102 of the Brotherhood of Painters, Decorators and Paperhangers of America,